UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00302-FDW

| | |
|---|---|
| DAVID EZELLE SIMPSON, )<br>*aka* DAVID EZELL SIMPSON, )<br>*aka* DAVID E. SIMPSON, )<br>   )<br>  Petitioner, )<br>   )<br>vs. )<br>   )<br>FNU MCFADDEN, )<br>   )<br>  Respondent. ) | **ORDER** |

**THIS MATTER** is before the Court upon pro se Petitioner David Ezelle Simpson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) Petitioner already had a § 2241 action pending in this Court, in which he raises the same claims, when he filed the instant Petition. See Simpson v. McFadden, No. 3:19-cv-00269-FDW (W.D.N.C. filed June 10, 2019). That action is still pending.

**IT IS, THEREFORE, ORDERED THAT** the Clerk of Court shall consolidate this action under Case No. 3:19-cv-00269-FDW, transferring all documents, pleadings, and filings to that case. Thereafter, the Clerk of Court shall close and terminate this action.

Signed: December 1,

Frank D. Whitney
Chief United States District Judge