# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **David Ezelle Simpson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:19-cv-00269-MR |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **FNU McFadden** | ) | |
| **State of North Carolina,** | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 10, 2020 Order.

August 10, 2020

*[signature]*

Frank G. Johns, Clerk
United States District Court